## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| NB ELEMENT, DST | Case No.  26-10502 (CTG) |
| Debtor.[1] | |

## LIST OF DEBTOR'S INVESTORS

| Investors | Address of Investor | Percentage of Ownership |
|---|---|---|
| 16541 & 45 5th Ave NE, LLC | P.O. Box 361 Issaquah, WA 98027 | 0.65% |
| 2001 Stephen B. Dandurand Revocable Trust | 96 Madera Trail Ivins, UT 84738 | 2.20% |
| AMH Holdings, LLC | 13 Southview Terrace San Anselmo, CA 94960 | 0.90% |
| Aaron and Rita Berman Family Trust | 18145 Cardon Circle Encino, CA 91316 | 0.26% |
| Ana R. Bautista | 14797 Presilla Dr. Jamul, CA 94935 | 0.13% |
| Armistead and Companies, LTD | PO Box 66 Laguna Beach, CA 92652 | 0.87% |
| Belinda E. Stewart | 4371 Summerset Dr. Fairfield, CA 94534 | 0.13% |
| Bradley Reber Trust | PO Box 2312 Honolulu, HI 96804 | 0.46% |
| BroSis, LLC | 16600 Woodruff Avenue, #21 Bellflower, CA 90706 | 1.83% |
| Cassandra Kwoh | 5029 Foxpoint Lane Rolling Hills Estates, CA 90274 | 0.13% |
| Cathy Chen | 443 Gaven St. San Francisco, CA 94134 | 0.13% |

---

[1]  The Debtor in this Case, along with the last four digits of its federal tax identification number is as follows:  NB Element, DST (5589).  The Debtor's mailing address is 27525 Puerta Real, Suite 300-255, Mission Viejo, California 92691.

| | | |
|---|---|---|
| Chestnut Grove Investor LLC | 10685-B Hazelhurst Dr., #26103 Houston, TX 77043 | 0.73% |
| Craig P. Horangic and Doreen E. Franke Revocable Trust | 1320 8th Avenue Sacramento, CA 95818 | 0.19% |
| Cre8tive Investment Properties, LLC | 10755 Scripps Poway Parkway #408 San Diego, CA 92131 | 1.56% |
| Dana Lee McManus Revocable Living Trust | 1110 Montura Rd. San Marcos, CA 92078 | 0.21% |
| Dar-sun Tsien and Martha Suk-Wai Tsien JTWROS TOD Dawen Tsien | 585 Almond Ave. Los Altos, CA 94022 | 0.06% |
| Darryle L. Isaac Living Trust | 1205 Glacier Ave. Pacifica, CA 94044 | 0.26% |
| Dena Linn Chen | 1023 Columbia Street Hood River, OR 97031 | 0.27% |
| Dennis & Kathleen Quinn Family Trust U/T/A 9/9/2014 | 1203 W. Grange Avenue Post Falls, ID 83854 | 0.09% |
| Donald & Marjorie Rudy JTWROS | 9644 W. Diablo Dr. Las Vegas, NV 89148 | 0.26% |
| Dykmans Family Trust | PO Box 8422 Rancho Santa Fe, CA 92067 | 0.26% |
| Earthtech Landscape Inc. | 205 Hindiyeh Lane San Martin, CA 95046 | 0.95% |
| Elmer H. and Barbara S. Whittaker Intervivos Trust | 5831 Goodland Ave. N. Hollywood, CA 91607 | 0.39% |
| Flint Family Trust dated 05/14/19 | 490 Lane Road Woodland, WA 96784 | 3.74% |
| Folsom Jenkins Family II, LLC | PO Box 9308 Denver, CO 80209 | 0.63% |
| Forge Trust CO, CFBO Todd Miller Roth IRA Account IRA 492887 | PO Box 6850 San Mateo, CA 94403 | 0.26% |
| Francis H. Hung and Gen Hue Hung | 1068 Windsor Street San Jose, CA 95129 | 0.14% |
| George C. Cheng Revocable Living Trust, DTD 03/30/2015 | 809 Rollin St. So. Pasadena, CA 91030 | 0.92% |
| Gregg B. Kellogg 2012 Irrevocable Trust | 39 Rustic Way San Rafael, CA 94901 | 6.12% |

| | | |
|---|---|---|
| Hamish Shah and Varsha J. Shah | 738 Mountain Blvd. Oakland, CA 94611 | 0.52% |
| Haskett Family Trust | PO Box 117332 Burlingame, CA 94011 | 0.21% |
| Heldman Family Trust DTD 11/16/1994 | 21466 Encina Rd. Topanga, CA 90290 | 0.52% |
| Henderson Properties Inc. Money Purchase Pension Plan | 3960 W. Point Loma Blvd., Suite H-351 San Diego, CA 92110 | 0.65% |
| Hershel Abelman and Ingeborg Jakobson, Trustees of the Ableman-Jakobson Trust created on December 22, 1997 | 15155 Kennedy Rd. Los Gatos, CA 95032 | 2.78% |
| Hobstetter Deverse Living Trust U/A/D 10/1/11 | 828 Spruce Berkeley, CA 94707 | 1.69% |
| IRA Resources FBO Robert Priday #35-38427 | 5555 Collins Ave., Apt. 175 Miami Beach, CA 33140 | 0.26% |
| IRA Resources, Inc. FBO: Anthony Cooper Edlin IRA (#35-37698) | 1000 Broadway St. Oakland, CA 94607 | 0.26% |
| IW One, LLC | 2633 McKinney Avenue, Suite 130-268 Dallas, TX 75201 | 0.41% |
| Inn Marin Associates, LLC | 68 Marblehead Ln. Novato, CA 94949 | 5.45% |
| JB & Jane Wagner | 15049 S. Eagle Crest Dr. Draper, UT 84020 | 0.34% |
| JFW Investment CO-Tenant, LLC | 9895 East Vista Drive Hillsboro, MO 63050 | 0.65% |
| JL Tri-Lupo LLC | 2295 NW Corporate Blvd., Suite 135 Boca Raton, FL 33431 | 0.25% |
| Jagdish R. Shah & Varsha J. Shah Family Trust | 25962 Gln Canyon Drive Laguna Hills, CA 92653 | 0.52% |
| Jamie Foley-Seitz | 6084 Terrace Ln. Yorba Linda, CA 92886 | 0.27% |
| John Boat and Laura Boat Husband and Wife as Community Property WROS | 611 Seabright Lane Solana Beach, CA 92075 | 0.26% |

| | | |
|---|---|---|
| John C. Garcia & Carole Taylor Garcia Trust UAD 02/11/05 | 63 Hermit Ln. Kentfield, CA 94904 | 0.39% |
| John J. Hutchinson and Joan McClure, Trustees of the McHutch Family Living Trust, dated January 18, 1994 | 113 Circulo Chapala Rohnert Park, CA 94928 | 0.39% |
| John J. Walker II | 19593 Pine Valley Ave. Northridge, CA 91326 | 0.13% |
| Joseph Foley | 10930 Kenwood Drive Houston, TX 77024 | 0.27% |
| Joyce A. Eby, Trustee of the Eby Trust Dated September 14, 1988 | 107 Lookback St. Burnet, TX 78611 | 0.54% |
| KMW Investment Co-Tenant LLC | 3025 Forrest Brook Ct. Barnhart, MO 63012 | 0.65% |
| Karen L. Essay | 325 59th Street, NW Albuquerque, NM 87105 | 0.31% |
| Katy C. Welch as Trustee of the Katy C. Welch Trust dated March 19, 2001 | 340 La Cuesta Drive Scotts Valley, CA 95066 | 1.04% |
| Kenneth Michael Carvalho, TTEE of the KMC Living Trust | 18120 Christeph Morgan Hill, CA 95037 | 2.07% |
| Kevin P. Quinn | 6805 Douglas Blvd, Spc. 1 Granite Bay, CA 95746 | 0.09% |
| Kevin R. Kieffer and Naomi T. Kieffer | 20 Birch Dr. Walnut Creek, CA 94597 | 0.21% |
| Kim Revocable Trust dtd November 28, 2011 | 22252 Parched Dr. Calabasas, CA 91302 | 0.27% |
| Koeppler Family Limited Partnership | 1726 River Mill Road Oshkosh, WI 54901 | 2.88% |
| LL Tri-Lupo LLC | 2295 NW Corporate Blvd., Ste. 135 Boca Raton, FL 33431 | 0.26% |
| Larry C. Kloha and Mary S. Kloha, as Co-Trustees under the Trust Agreement of Larry Carl Kloha and Mary Sumner Kloha Dated June 8, 2001 | N/A | 0.13% |

| | | |
|---|---|---|
| Lilly's Place LLC | 1910 South Harvard Blvd.<br>Los Angeles, CA 90018 | 0.65% |
| Liu and Li Family Living Trust, Dated 10/28/2015 | 2691 Riata Court<br>Camarillo, CA 93012 | 0.34% |
| MECA, LLC | 120 Mission Hills Dr.<br>Rancho Mirage, CA 92270 | 0.48% |
| Mainstar Trust FBO Jesusa Benedicto IRA (#T2179226) | 1121 Mohawk<br>Topanga, CA 90290 | 0.52% |
| Mainstar Trust FBO Michael D. Dew IRA (#T2177516) | 30109 Spyglass Circle<br>Georgetown, TX 78628 | 0.26% |
| Margaret Anne Elliott | PO Box 5144<br>Culver City, CA 90231 | 0.65% |
| Mark M. Crawford and Charlotte C. Crawford | 2751 Henry Allen Lane<br>Nolensville, TN 37135 | 0.57% |
| Mary Mimi Sutton Hanzel TTEE Charles J. Hanzel & Mary "Mimi" Sutton Hanzel Family Trust, DTD 10/06/2006, Survivor's Trust | 2212 E. Molino Ave., Unit M212<br>Altadena, CA 91001 | 0.26% |
| Mason Farms, Inc. | 15810 Arabella Ave.<br>Bakersfield, CA 93314 | 0.19% |
| Matthew A. Robinson and Kelsey E. Robinson | 621 California Street<br>El Segundo, CA 90245 | 0.19% |
| Michael J. and Caroline F. Hurd Trust dated September 20, 2021 | 10 Bankston Court<br>Stafford, VA 22554 | 0.26% |
| Michael Ray Castillo | 3419 N. Brighton St.<br>Rosemead, CA 91770 | 0.29% |
| Millennium Trust Co., LLC Custodian FBO Howard E. Farfel IRA (#XXXX18749) | 2001 Spring Road, Ste. 700<br>Oak Brook, IL 60523 | 0.17% |
| Murad Safar and Hind Safar as Trustees Under the Murad and Hind Safar Living Trust | 332 Calle Moreno<br>San Dimas, CA 91773 | 0.29% |
| Nelson Brothers Student Housing & Assisted Living Holdings, LLC | N/A | 1.13% |
| NB Student Housing Fund II, LP | N/A | 0.71% |
| Nathan S. Lee and Jennifer S. Lee as Trustees of the Lee | 188 Darryl Dr.<br>Campbell, CA 95008 | 0.13% |

| | | |
|---|---|---|
| Family Trust Created 8/27/91 | | |
| Nilesh Doshi and Divya Banera | 29007 Jetty Way Hayward, CA 94545 | 0.08% |
| PLDT Trust | 4833 Front St., Unit B-255 Castle Pines, CO 80104 | 0.79% |
| Peter and Zuly Falk | 1218 Mandarin Drive Sunnyvale, CA 94087 | 0.13% |
| Plat Group, LLC | 147 W. Route 66, #727 Glendora, CA 91740 | 0.65% |
| Qi Ming Chen | 3652 Bates Street Irvine, CA 92614 | 1.30% |
| RG Private Equity LLC IND-K | 4817 Almondwood Way San Diego, CA 92130 | 0.07% |
| RLM Tri-Lupo LLC | 2295 NW Corporate Blvd., Ste. 135 Boca Raton, FL 33431 | 0.26% |
| RS&S Corp. | 31 Bryan Court Alamo, CA 94507 | 3.24% |
| Richard Beck & David Powell | 1711 Poinsettia Dr. Fort Lauderdale, FL 33305 | 0.78% |
| Robert A. Eroh and Alina Eroh | 35 Maple Ave. Rye, NY 10580 | 0.63% |
| Robert Bramble | 2 South Green Larkspur, CA 94939 | 1.17% |
| Robert Burke | 9120 Gramercy Dr., #416 San Diego, CA 92123 | 0.26% |
| Robert V. Heldman Lifetime Benefit Trust | 21466 Encina Rd. Topanga, CA 90290 | 0.52% |
| Roberta R. Danon Living Trust | 611 Black Drive Prescott, AZ 86301 | 0.65% |
| Ronay Family Limited Partnership | 567 Prospect Blvd. Pasadena, CA 91103 | 0.65% |
| Serena Kit Wong Revocable Trust, January 12, 1998 | 413 Warner Lane San Gabriel, CA 91775 | 0.13% |
| Shamrock Investments, LP | 1501 Via Entrada Del Lago San Marcos, CA 92078 | 0.35% |
| Shane Foley | 1023 Oxford Way La Canada-Flintridge, CA 91011 | 0.27% |

| | | |
|---|---|---|
| Smith Ave LLC | 16912 Escalon Dr.<br>Encino, CA 91436 | 1.56% |
| Stephanie Levine Living Trust & Susan Levison Living Trust | 10344 Cheviot Dr.<br>Los Angeles, CA 90064 | 0.06% |
| Steven R. Eckert | 1814 Oak Knoll Drive<br>Belmont, CA 94002 | 0.78% |
| TMQ Trust | 587 Lefevre Drive<br>Folsom, CA 95630 | 0.09% |
| The 2001 Siu Family Trust | 1185 Eureka Avenue<br>Los Altos, CA 94024 | 0.13% |
| The Bort Family Revocable Trust Dated January 28th, 2013 | 435 Tremont Ave.<br>Richmond, ,CA 94801 | 2.80% |
| The Chan Family Trust | 19030 SW Chesapeake Dr.<br>Tualatin, OR 97062 | 0.26% |
| The Christopher J. George Living Trust dtd February 20, 2014 | 290 Lombard Street, Apt. 51<br>San Francisco, CA 94133 | 2.28% |
| The Davis-Rosenblatt Family Trust | 54 McNear Drive<br>San Rafael, CA 94901 | 0.98% |
| The DiMaria Family Trust Dated May 10, 2002 | 27052 Hidden Trail Road<br>Laguna Hills, CA 92653 | 0.19% |
| The Ferreira Family Revocable Trust | PO Box 742<br>Hollister, CA 95024 | 1.08% |
| The Harry Michael Mellano Family Trust dtd February 16, 1979 | 462 Wilshire Rd.<br>Oceanside, CA 92057 | 3.57% |
| The Hesson Family Living Trust | 2257 Ginger Hill Loop<br>Lincoln, CA 95648 | 1.04% |
| The James and Sara Broussard Family Savings Trust, dated January 29, 2019 | 7113 Wild Coyote Lane<br>Fair Oaks Ranch, TX 78015 | 1.12% |
| The Jay E. and Alisa B. Gelbart Family Trust dated November 5th 1993 | 6330 Meadowbrush Circle<br>San Diego, CA 92130 | 0.47% |

| | | |
|---|---|---|
| The Johnny Mellano Family Trust | 4730 Lincolnshire Buena Park, CA 90621 | 3.57% |
| The Joseph and Doris Bartlett 2008 Trust, DTD 11/04/2008 | 60602 Juniper Lane La Quinta, CA 92253 | 0.26% |
| The LaFortune Family Trust, DTD 03/27/2001 | 81780 Eagle Claw Dr. La Quinta, CA 92253 | 0.38% |
| The Matthews Family Trust, DTD 06/13/1997 | 1381 Palomino Ave. Upland, CA 91786 | 1.19% |
| The Oleg and Lydia Reoutt Family Trust | 1614 Gamay Lane Brentwood, CA 94153 | 0.32% |
| The Pederson Kingdon Living Trust dtd December 27, 2016 | 3256 Wright Avenue Boulder, CO 80301 | 0.31% |
| The RL Estate Trust, Dtd 04/02/2017 | 745 N. Royal Crest Circle, Unit 131 Las Vegas, NV 89169 | 0.30% |
| The Rodger P. Peck & Susan H. Peck Trust | 1256 East 700 North Bountiful, UT 84010 | 0.39% |
| The S. Sumner Trust dated November 25, 2023 with Spring Fountain Cosmos, LLC | 9281 Adolphia Street San Diego, CA 92129 | 0.13% |
| The Sposato-Youngfeather Family Trust dtd August 30, 2016 | 375 Kudu Trail Bailey, CO 80421 | 0.40% |
| The Thomas J. Belpasso and Miriam B. Bischoff Revocable Trust dtd March 14, 2001 | 135 Indian Springs Dr. Ben Lomond, Ca 95005 | 0.20% |
| The Waddington Family Trust, DTD 06/14/2016 | 16439 Lazare Lane Huntington Beach, CA 92649 | 0.10% |
| The William & Christine Marshall Family Trust, DTD 04/17/2002 | 4429 Mariota Ave. Toluca Lake, CA 91602 | 0.19% |
| Thomas A. Quinn | 5750 Wildwood Avenue Indianapolis, IN 46220 | 0.09% |
| Thomas Scotto | 307 South Railroad St. Staten Island, NY 10312 | 0.26% |

| | | |
|---|---|---|
| Thomas and Karlene Bert Family Trust U/A/D 2/4/09 | 3055 Ladd Rd. Modesto, CA 95356 | 0.43% |
| Travis and Kathryn Welch | 4896 Wellington Park Drive San Jose, CA 95136 | 0.93% |
| Tyler Nelson | 2931 Pueblo Ct. Maryville, TN 37803 | 0.13% |
| Ventura Capital LLC | 19528 Ventura Blvd., Ste. 282 Tarzana, CA 91356 | 0.13% |
| Walter E. & May M. Smith Living Trust, DTD 06/27/2008 | 526 Paloma Dr. S. Pasadena, CA 91030 | 0.39% |
| Wanda Ross | 63764 E. Holiday Dr. Tucson, AZ 95739 | 0.65% |
| Wave Crest Development Inc. | 530 Chestnut Street Santa Cruz, CA 95060 | 0.52% |
| William G. Reschke, Trustee of the William G. Reschke Revocable Trust dated 02/06/02 | PO Box 792 Ross, CA 94957 | 3.37% |
| Wing Yip | 11326 Ravensthorpe Way San Diego, CA 92131 | 0.13% |
| Ya Xu and Miying (Melissa) Nan | 866 Markham Terrace Sunnyvale, CA 94086 | 0.13% |
| Yam Soon Tam and Amy Ming Ying Tam, as Co-Trustees of the Tam Living Trust dated October 5, 1993 | 20800 Boyce Lane Saratoga, CA 95070 | 0.13% |
| Zat-Kei (Peter) Ho | 11610 Rustic Rock Drive, #A Austin, TX 78750 | 0.18% |

Dated:  April 22, 2026
      Wilmington, Delaware

**ROBINSON & COLE LLP**

*/s/ Jamie L. Edmonson*
Jamie L. Edmonson (No. 4247)
1201 N. Market Street, Suite 1406
Wilmington, Delaware 19801
Telephone:  (302) 516-1700
Facsimile:   (302) 516-1699
Email:  jedmonson@rc.com